HENRY E. WHEELER, Appellant, *v.* GEORGE R. DUTTON et al.,
Respondents.

(Argued December 12, 1887; decided January 17, 1888.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made September 22, 1885, which affirmed a judgment in favor
of plaintiff entered upon an order dismissing the complaint
on trial.

*B. F. Tracy* for appellant.

*John H. Post* and *George R. Dutton*, respondents, in person.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

LOUIS SANDERS, Respondent, *v.* A. E. PHEUBOTTOM, Appellant.

(Argued December 13, 1887; decided January 17, 1888.)

APPEAL from order of the General Term of the Supreme
Court in the fifth judicial department, made February 11, 1887,
affirming an order of Special Term, denying a motion to set
aside an assignment of the judgment herein.

*James Wright* for appellant.

*W. E. & F. E. Hughitt* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed